## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case Number: |
|---|---|
| Lori Brown, | FILED: AUGUST 6, 2008 |
| vs | 08CV4450 |
| METROPOLITAN LIFE INSURANCE COMPANY, | JUDGE KENNELLY |
| an insurance corporation, a/k/a MET LIFE, | MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

METROPOLITAN LIFE INSURANCE COMPANY

JFB

| |
|---|
| NAME (Type or print)<br>Steven P. Mandell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Steven P. Mandell |
| FIRM<br>Mandell Menkes LLC |
| STREET ADDRESS<br>333 West Wacker Drive, Suite 300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>No. 6183729 | TELEPHONE NUMBER<br>(312) 251-1000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐