# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Lori Brown,<br>vs.<br>METROPOLITAN LIFE INSURANCE COMPANY,<br>an insurance corporation, a/k/a MET LIFE, | Case Number:<br>FILED: AUGUST 6, 2008<br>08CV4450<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

METROPOLITAN LIFE INSURANCE COMPANY

JFB

| |
|---|
| NAME (Type or print)<br>Brendan J. Healey |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Brendan J. Healey |
| FIRM<br>Mandell Menkes LLC |
| STREET ADDRESS<br>333 West Wacker Drive, Suite 300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>No. 6243091 | TELEPHONE NUMBER<br>(312) 251-1000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐