IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

```
FILED: AUGUST 6, 2008
08CV4450
JUDGE KENNELLY
MAGISTRATE JUDGE NOLAN
```

| | |
|---|---|
| LORI BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) JFB |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| an insurance corporation, a/k/a MET LIFE, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT METROPOLITAN LIFE INSURANCE
COMPANY'S STATEMENT UNDER LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Plaintiff Metropolitan Life Insurance Company hereby states that it is a wholly owned subsidiary of MetLife, Inc.

Respectfully submitted,

METROPOLITAN LIFE INSURANCE COMPANY

By:      /s/ Steven P. Mandell
       One of its attorneys

Steven P. Mandell (ARDC #6183729)
Brendan A. Healey (ARDC #6243091)
MANDELL MENKES LLC
333 W. Wacker, Suite 300
Chicago, IL 60606
Tel: (312) 251-1000

Dated: August 6, 2008

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the within and foregoing **Defendant Metropolitan Life Insurance Company's Statement Under Local Rule 3.2** by ECF to the following:

    Erwin Cohn
    Charles A. Cohn
    Cohn & Cohn
    77 West Washington Street, Suite 1422
    Chicago, IL 60602

This 6th of August, 2008.

                                        /s/ Steven P. Mandell