**AMENDED CERTIFICATE OF SERVICE**

  This is to certify that I have this date served a true and correct copy of the within and foregoing Defendant Metropolitan Life Insurance Company's **Notice of Removal of a Civil Action** by overnight delivery to the following:

  Erwin Cohn
  Charles A. Cohn
  Cohn & Cohn
  77 West Washington Street, Suite 1422
  Chicago, IL 60602

This 6th of August, 2008.

              /s/ Steven P. Mandell

171300