## AMENDED CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the within and foregoing **Defendant Metropolitan Life Insurance Company's Statement Under Local Rule 3.2** by overnight delivery to the following:

    Erwin Cohn
    Charles A. Cohn
    Cohn & Cohn
    77 West Washington Street, Suite 1422
    Chicago, IL 60602

This 6th of August, 2008.

                                          /s/ Steven P. Mandell