# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | | |
|---|---|---|
| LORI BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Kennelly |
| | ) | |
| v. | ) | Case No. 08-CV-04450 |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | |
| an insurance corporation, a/k/a MET LIFE, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Metropolitan Life Insurance Company ("MetLife") hereby respectfully requests that this Court extend the date by which it must answer or otherwise plead to September 5, 2008. In support of its motion, MetLife states as follows:

1. MetLife removed this case on August 6, 2008 and its responsive pleading is due on August 13, 2008.

2. MetLife hereby moves this Court for an extension of time, to and including September 5, 2008, within which to file its responsive pleading in this case.

3. Counsel for plaintiff, Lori Brown, has consented to said extension. MetLife has not filed any other motions for extension of time in which to file a responsive pleading.

WHEREFORE, Defendant Metropolitan Life Insurance Company respectfully requests that this Court grant an extension of time to and including September 5, 2008, in which to answer or otherwise plead in response to Plaintiff's Complaint.

                                  Respectfully submitted,

                                  METROPOLITAN LIFE INSURANCE COMPANY

                                  By: /s/ Steven P. Mandell
                                  One of its attorneys

Steven P. Mandell (ARDC #6183729)
Brendan A. Healey (ARDC #6243091)
MANDELL MENKES LLC
333 W. Wacker, Suite 300
Chicago, IL 60606
Tel: (312) 251-1000

Dated: August 8, 2008

171427

## **CERTIFICATE OF SERVICE**

  This is to certify that I have this date served a true and correct copy of the within and foregoing Defendant Metropolitan Life Insurance Company's **Unopposed Motion for Extension of Time** by ECF and overnight delivery to the following:

  Erwin Cohn
  Charles A. Cohn
  Cohn & Cohn
  77 West Washington Street, Suite 1422
  Chicago, IL 60602

This 8th of August, 2008.

                /s/ Steven P. Mandell