**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| LORI BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Kennelly |
| | ) | |
| v. | ) | Case No. 08-CV-04450 |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | |
| an insurance corporation, a/k/a MET LIFE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Erwin Cohn
      Charles A. Cohn
      Cohn & Cohn
      77 West Washington Street, Suite 1422
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **Wednesday, August 13, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly in Room 2103 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant Metropolitan Life Insurance Company's *Unopposed Motion for Extension of Time*, a copy of which is hereby served upon you.

Dated: August 8, 2008         Respectfully submitted,

                              METROPOLITAN LIFE INSURANCE COMPANY


                              By:      /s/ Steven P. Mandell
                                   One of its attorneys

Steven P. Mandell (ARDC #6183729)
Brendan A. Healey (ARDC #6243091)
MANDELL MENKES LLC
333 W. Wacker, Suite 300
Chicago, IL 60606
Tel: (312) 251-1000