**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| LORI BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Kennelly |
| | ) | |
| v. | ) | Case No. 08-CV-04450 |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | |
| an insurance corporation, a/k/a MET LIFE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Defendant Metropolitan Life Insurance Company hereby gives notice that Brendan J. Healey of Mandell Menkes LLC is hereby withdrawing from this case and will be replaced by Natalie A. Harris of Mandell Menkes LLC. Filed contemporaneously herewith is an Appearance Form for Ms. Harris.

Dated: September 5, 2008           Respectfully submitted,

                                                        METROPOLITAN LIFE INSURANCE
                                                        COMPANY,

                                                        /s/ Natalie A. Harris
                                                            One of its attorneys

Steven P. Mandell (ARDC No. 6183729)
Natalie A. Harris (ARDC No. 6272361)
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Facsimile: (312) 251-1010

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this date served a true and correct copy of the within and foregoing Defendant Metropolitan Life Insurance Company's **Notice of Substitution of Counsel** by CM/ECF a to the following:

    Erwin Cohn
    Charles A. Cohn
    Cohn & Cohn
    77 West Washington Street, Suite 1422
    Chicago, IL 60602

This 5th of September, 2008.

                                                          /s/ Natalie A. Harris